IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                      Case No. 3:16-cr-120

vs.

YUSIRU CABRERA BLAS,                 District Judge Thomas M. Rose
                                                      Magistrate Judge Michael J. Newman

    Defendant.

## ORDER ADOPTING THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE (DOC. 23)

       This case is before the Court on the Report and Recommendation of United States Magistrate Judge Michael J. Newman. Doc. 23. The parties filed no objections to the Report and Recommendation, and the time for filing objections has expired. The Court, having reviewed the matter *de novo*, determines that the Report and Recommendation of the United States Magistrate Judge should be and is hereby **ADOPTED** in its entirety. Accordingly, the Court: (1) finds Defendant is competent to stand trial pursuant to 18 U.S.C. § 4241; (2) accepts Defendant's guilty plea to Count One of the Information; and (3) finds Defendant guilty as charged in Count One of the Information.

    **IT IS SO ORDERED**.

Date: 10/24/2016                                                          THOMAS M. ROSE

                                                                    Thomas M. Rose
                                                                    United States District Judge